THE PEOPLE OF THE STATE OF NEW YORK ex rel. DANIEL J. McAVOY, Appellant, *v.* MICHAEL C. MURPHY, as Police Commissioner of the City of New York, Respondent.

*People ex rel. McAvoy* v. *Murphy,* 65 App. Div. 614, affirmed.
(Argued January 7, 1902; decided January 28, 1902.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 13, 1901, which dismissed a writ of certiorari to review the proceedings of the defendant in dismissing the relator from the police force of the city of New York.

*George H. Bruce* for appellant.

*George L. Rives,* Corporation Counsel (*Theodore Connoly* and *Terence Farley* of counsel), for respondent.

Order affirmed, without costs ; no opinion.
Concur : PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, CULLEN and WERNER, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK LAZARUS et al., Appellants, *v.* THOMAS L. FEITNER et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents.

*People ex rel. Lazarus* v. *Feitner,* 65 App. Div. 318, affirmed.
(Argued January 7, 1902; decided January 28, 1902.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, made November 22, 1901, which reversed an order of Special Term vacating on certiorari an assessment made by defendants on certain real estate belonging to the relators, and dismissed the writ and confirmed the assessment.

*Nelson S. Spencer* for appellants.

*George L. Rives,* Corporation Counsel (*James M. Ward* of counsel), for respondents.

Order affirmed, with costs; no opinion.
Concur : PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT and WERNER, JJ. Not voting : BARTLETT and CULLEN, JJ.